1  DANIEL G. BOGDEN
   United States Attorney
2  KIMBERLY M. FRAYN
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   Telephone:    (702) 388-6336
5  Facsimile:    (702) 388-6418

6  Attorneys for Plaintiff
   United States of America
7

8
                         UNITED STATES DISTRICT COURT
9
                              DISTRICT OF NEVADA
10
   UNITED STATES OF AMERICA,            )
11                                      )
                      Plaintiff,        )
12                                      )    2:09-CR-191-JCM-RJJ
          v.                            )
13                                      )    GOVERNMENT'S MOTION TO
   ADRIANA ARANA-CRUZ,                  )    DISMISS INDICTMENT
14                    Defendant.        )
                                        )
15

16        COMES NOW the United States of America, by and through Daniel G. Bogden, United

17 States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, Organized Crime

18 Strike Force, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that

19 the Court enter an order allowing the government to dismiss without prejudice the charges

20 brought against 2:09-CR-192-RLH-RJJ.

21        On July 29, 2010, in case number 2:09-CR-190-JCM-PAL, the defendant was

22 adjudicated guilty pursuant to the parties' written plea agreement, and was sentenced to a term

23 of imprisonment of 37 months.  As part of the plea agreement, the government agreed to

24 dismiss the illegal re-entry charges brought against the defendant by indictment in 2:09-CR-

25 191-JCM-RJJ.

26        For all these reasons, the government, pursuant to Rule 48(a) of the Federal Rules of

27 Criminal Procedure, requests leave of court to dismiss without prejudice the charges brought by

28

1  indictment against in case number 2:09-CR-191-JCM-RJJ.

2  DATED this 2nd day of August, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADRIANA ARANA-CRUZ,<br><br>　　　　　　Defendant. | 2:09-CR-191-JCM-RJJ<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant ADRIANA ARANA-CRUZ that are contained in the above-captioned Indictment.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　 /s/ Kimberly M. Frayn
　　　　　　　　　　　　　　　　KIMBERLY M. FRAYN
　　　　　　　　　　　　　　　　Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 9th day of August, 2010.


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ADRIANA ARANA-CRUZ ,<br><br>                Defendant. | 2:09-CR-191-JCM-RJJ |

**CERTIFICATE OF ELECTRONIC SERVICE**

      I, Judith Richardson, hereby certify that I am an employee of the Organized Crime Strike Force, United States Attorney's Office, District of Nevada, and thatAugust 2, 2010, I served a copy of the **Government's Motion to Dismiss Indictment** by electronic service (ECF) to defense counsel, KALANI K. HOO, ESQ.


DATED: August 2, 2010          _/s/ Judith L. Richardson_____
                                                JUDITH L. RICHARDSON
                                                Legal Assistant